ROSS L. BAKER,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

98-05-29736M; A104219

43 P3d 1217

Bob Pangburn for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Kelly Knivila, Assistant Attorney General, for respondent.

Before Edmonds, Presiding Judge, and Landau and Haselton, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals from the trial court's dismissal of his petition for a writ of habeas corpus. He challenges an order of the Board of Parole and Post-Prison Supervision deferring his projected parole release date. We conclude that the trial court correctly rejected plaintiff's arguments on the merits of that issue. *Hamel v. Johnson*, 173 Or App 448, 25 P3d 314 (2001).

Plaintiff also asserts that the trial court erred in imposing $475 in costs for his court-appointed counsel. We reverse the award of costs for court-appointed counsel and remand for reconsideration in light of *Bacote v. Johnson*, 333 Or 28, 35 P3d 1019 (2001).

Award of costs for court-appointed counsel reversed and remanded; otherwise affirmed.